Order entered April 1, 2013



# In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00471-CV

## MEDO PJETROVIC, Appellant

## V.

## 4HG FANNIN INVESTMENTS, LLC, KYLE PAYNE, AND MARY PAYNE, Appellees

**On Appeal from the 68th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 11-13439-C**

## ORDER

Before the Court is appellees' May 23, 2012 Motion To Dismiss Appeal For Lack Of Jurisdiction Based Upon No Standing. Based on our opinion of this date, the motion is **DENIED**.

/s/    ROBERT M. FILLMORE
        JUSTICE